**Order entered November 18, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-21-01088-CR

**THONG QUOC PHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82314-2021**

## ORDER

On June 26, 2022, counsel filed an *Anders* brief in support of her motion to withdraw. A review of the *Anders* brief reveals that on pages 11 through 14, counsel discloses the full name of W.T., a witness who testified about an offense committed against her when she was a child.

This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b)

("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** counsel's *Anders* brief.

We **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, an amended *Anders* brief that identifies all individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE